# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SERRY PARK,

PLAINTIFF,

V.

FIGMA, INC. AND DYLAN FIELD,

DEFENDANTS.

**CASE NO. 1:26-CV-10274**

**SUMMONS RIDER**

The Summons attached hereto is directed to the following Defendants:

FIGMA, INC.
760 Market Street, Floor 10
San Francisco, California 94102

DYLAN FIELD
760 Market Street, Floor 10
San Francisco, California 94102

DATED: NOVEMBER 23, 2026

*/S/ JOHN CRAIN*
JOHN CRAIN

**SEPPINNI LAW, PLLC**

40 Broad St.
Floor 7
New York, NY 10004
john@seppinnilaw.com

*Counsel for Plaintiff*